The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

BALKRISHNA SETTY, individually and as general partner in Shrinivas Sugandhalaya Partnership with Nagraj Setty; and SHRINIVAS SUGANDHALAYA (BNG) LLP,

     Plaintiffs,

-vs.-

SHRINIVAS SUGANDHALAYA LLP and R. EXPO (USA) INC.,

     Defendants,

R EXPO (USA) INC.

     Garnishee.

NO. 2:26-mc-00024-JNW

**ORDER DISCHARGING GARNISHEE**

## I.    MOTION

The undersigned moves the court for an order discharging R Expo (USA) Inc. based upon the following statement: "The Garnishee has no contracts or purchase orders in place that have created any present or contingent obligations to pay Defendant," and "[a]ny future transactions in a form that may be subject to garnishment would arise if, and only when, any such new agreements were entered into, and no such transactions or obligations to enter into any such future transactions presently exist." Answer to Writ of Garnishment (Dkt. 3).

PLAINTIFFS' MOTION/ORDER DISCHARGING GARNISHEE - 1

**FOSTER GARVEY PC**
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400  FAX (206) 447-9700

FG: 110376867.1

DATED this 20th day of May, 2026.

By: _____
Benjamin J. Hodges, WSBA #49301
FOSTER GARVEY PC
1111 Third Avenue, Suite 3000
Seattle, WA 98101
Telephone: (206) 447-4400
Fax: (206) 447-9700
Email: Ben.Hodges@foster.com


By: */s/ Scott S. Brown*
Scott S. Brown, ASB #7762-B655
*Pro Hac Vice*
MIXON BROWN
44 Inverness Center Parkway, Suite 140
Birmingham, AL  35243
Tel: (205) 259-6633
E-mail: sbrown@mixonbrown.com

*Counsel for Plaintiffs*


## II.     ORDER

The Court having considered Plaintiffs' Motion for an order discharging the garnishee herein, ORDERS that the above-named garnishee be DISCHARGED. The Clerk is INSTRUCTED to close this administrative matter.


DATED this 21st day of May, 2026.

_____
Jamal N. Whitehead
United States District Judge


PLAINTIFFS' MOTION/ORDER DISCHARGING GARNISHEE - 2

**FOSTER GARVEY PC**
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON  98101-3292
PHONE (206) 447-4400  FAX (206) 447-9700

FG: 110376867.1